# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE HIGDON,<br><br>        Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>        Defendant. | Case No. 1:21-cv-01821-AWI-SAB<br><br>ORDER DISCHARGING MARCH 25, 2022 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 6, 7, 8) |

       The mandatory scheduling conference in this action was set for March 31, 2022, at 10:00 a.m. before this Court. (ECF No. 3.) Pursuant to the order setting the scheduling conference, the parties were directed to file a joint scheduling report within seven days prior to the scheduling conference. (Id. at 3.) The deadline to file the joint scheduling report expired and the parties failed to file a report. Accordingly, on March 25, 2022, the Court issued an order to show cause why the parties should not be sanctioned for failing to submit a joint scheduling report in compliance with the Court's order. (ECF No. 6.) In the same order, the Court continued the scheduling conference to April 14, 2022. (Id.)

       On March 30, 2022, the parties submitted a joint response to the order to show cause, concurrently with their joint scheduling report in advance of the April 14 hearing. (ECF Nos. 7, 8.) The parties proffer the failure to file a scheduling report was the result of a clerical

calendaring error by both parties, as well as Plaintiff's failure to serve Defendant a copy of the scheduling order with the complaint. (ECF No. 7.) Further, the parties apologize for the error. The Court is satisfied with the joint response submitted by the parties and shall discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that the March 25, 2022 order to show cause (ECF No. 6) is DISCHARGED.

The parties are further reminded that the mandatory scheduling conference has been continued to **April 14, 2022,** at **10:00 a.m.,** in Courtroom 9. (See ECF No 6.) As the parties have already submitted their joint scheduling report, they need now only appear at the conference on the new date. However, failure to appear will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **March 31, 2022**

UNITED STATES MAGISTRATE JUDGE