# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE HIGDON,<br><br>   Plaintiff,<br><br>   v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>   Defendant. | Case No. 1:21-cv-01821-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT SCHEDULING CONFERENCE<br><br>**DEADLINE: April 19, 2022** |

The initial scheduling conference in this action was originally set for March 31, 2022. (ECF No. 3.) On March 25, 2022, the Court issued an order to show cause in writing why monetary sanctions should not issue for failing to file the scheduling report. (ECF No. 6.) The Court also continued the scheduling conference to April 14, 2022, at 10:00 a.m. in Courtroom 9. After the parties filed a response to the order to show cause and submitted a scheduling report (ECF Nos. 7, 8), the Court issued an order discharging the first order to show cause and reminding the parties of the requirement to appear at the scheduling conference set for April 14, 2022 (ECF No. 9). On April 14, 2022, counsel for Plaintiff, Jonathan Aaron Stieglitz, failed to appear at the scheduling conference.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall require counsel for Plaintiff to show cause why monetary sanctions should not issue for the failure to appear at the scheduling conference in compliance with the Court's March 25 and 31, 2022 orders (ECF Nos. 6, 9).

Based on the foregoing, IT IS HEREBY ORDERED that, no later than **April 19, 2022**, counsel for Plaintiff, Mr. Stieglitz, shall show cause in writing why he should not be sanctioned for failing to appear at the scheduling conference. Failure to comply with this order may result in the imposition of sanctions including but not limited to dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 14, 2022**

UNITED STATES MAGISTRATE JUDGE